*Bronaugh,* for appellant.

*Shanklin,* for appellee.

---

## WARREN L. PREWITT *v.* COMMONWEALTH.

**Appeal and Error—Jurisdiction of Appellate Court.**
> Where the statute gives no right of appeal from the county court to the circuit court, an appeal from the latter to the appellate court, is erroneous and will be dismissed.

APPEAL FROM MEADE CIRCUIT COURT.

December 7, 1870.

OPINION OF THE COURT BY JUDGE WILLIAMS:

An appeal does not lie to the circuit court from an order of the county court, granting or refusing license to keep a tavern. Sections 15, 16 and 20 of the Cade take away the jurisdiction given

to circuit courts in such cases by *section 10, article 1, chapter 99, Revised Statutes,* and confer it upon this court, *Bochler v. Commonwealth, 1 Duvall, page 3.*

The circuit court of Meade county had no jurisdiction of the appeal prosecuted from the order of the county court granting to appellant license to keep a tavern, and that fact of itself deprives this court of jurisdiction to entertain this appeal, and the same is for that reason dismissed.

*Lewis, for appellant.*